

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00365-CR
## No. 10-12-00366-CR

**WILLIAM CHARLES WEBB,**

                                                    **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                    **Appellee**

_____

### From the 54th District Court
### McLennan County, Texas
### Trial Court Nos. 2012-675-C2 and 2012-678-C2

## MEMORANDUM  OPINION

William Charles Webb has filed pro se notices of appeal of the trial court's interlocutory denial of his motion to dismiss, motion for examining trial, and motion to quash indictment in Webb's two cases.

We do not have jurisdiction of an interlocutory appeal of the denial of a motion to dismiss, motion for examining trial, or motion to quash indictment. *See Abbott v. State*, 271 S.W.3d 694, 696-97 (Tex. Crim. App. 2008) (standard for determining jurisdiction is not whether appeal is precluded by law, but whether appeal is authorized

by law); *Everett v. State*, 91 S.W.3d 386, 386 (Tex. App.—Waco 2002, no pet.) (stating that court has jurisdiction over criminal appeals only when expressly granted by law). No law authorizes the interlocutory appeal of a denial of any of these motions.

We dismiss these appeals for want of jurisdiction.


REX D. DAVIS<br>
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Dismissed
Opinion delivered and filed November 15, 2012
Do not publish
[CR25]